JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHMAR WILSON,

Petitioner,

v.

JOSHUA PRUDHEL, WARDEN (A),

Respondent.

No. CV 25-3444-HDV(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 31, 2026

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE